UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**CRIMINAL ACTION NO. 20-CR-32-DCR**

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

**V.**                      **NOTICE BY UNITED STATES**
              **REGARDING ENHANCED STATUTORY PUNISHMENT**

**JAVANTEZ L. MASTERS**                                                **DEFENDANT**

\* \* \* \* \* \*

Pursuant to 21 U.S.C. § 851, the United States gives notice that, if Javantez L. Masters is convicted of Count 1, he shall be subject to an enhanced statutory punishment pursuant to 21 U.S.C. § 841(b)(1)(D) because he has a prior final drug felony conviction for Trafficking in a Marijuana, 8 ounces to 5 pounds without a firearm, which was imposed by the Fayette Circuit Court, Commonwealth of Kentucky, case number 18CR1371, entered in August 2019.

                                                   Respectfully Submitted,

                                                   ROBERT M. DUNCAN, JR.
                                                   UNITED STATES ATTORNEY

                               By:    *s/ Cynthia T. Rieker*
                                                 Assistant United States Attorney
                                                 260 W. Vine Street, Suite 300
                                                 Lexington, Kentucky 40507-1612
                                                 (859) 685-4853
                                                 Cynthia.rieker@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that on March 31, 2020, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

>				*/s/ Cynthia T. Rieker*
>				Assistant United States Attorney